```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GOLDEN ENGLISH, et al.           :      CIVIL ACTION
                                 :
     v.                          :
                                 :
CHESTER COUNTY, et al.           :      NO. 10-244
```

## ORDER

AND NOW, this 16th day of March, 2010, upon consideration of the motion to dismiss (docket entry # 3) and the plaintiffs' unopposed motion for an extension of time to respond to that motion (docket entry # 8), in which they explain that the parties "are actively involved in discussions over a possible resolution of some or all of the issues raised in this case," Mot. Extension at 2, and the Court finding that it is in the interests of judicial economy to encourage the parties to resolve this dispute, it is hereby ORDERED that:

       1.   The motion to dismiss (docket entry # 3) is DENIED AS MOOT WITHOUT PREJUDICE to its reassertion if the parties are unable to resolve this dispute;

       2.   The motion for an extension of time (docket entry # 8) is DENIED AS MOOT;

       3.   Defendants' deadline to respond to the Complaint is STAYED until further Order of the Court;

       4.   By April 12, 2010 the plaintiffs shall NOTIFY the Court by fax (215-580-2156) regarding the parties' progress; and

       5.   If the parties have not resolved this dispute by April 12, 2010, the plaintiffs shall also ADVISE the Court whether the parties believe that a mediation with Magistrate Judge Jacob P. Hart would be fruitful in resolving their claims.

       BY THE COURT:

       /s/ Stewart Dalzell, J.