IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLDEN ENGLISH, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 10-244 |
| CHESTER COUNTY, et al., | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AICHELE, FARRELL, COZZONE, FORYSTHE AND CHESTER COUNTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Golden English, Darcel Jones, Aaron Lloyd, Wanda Havelow, and Shanisha Smith, by and through their undersigned attorneys, hereby voluntarily dismiss with prejudice all claims set forth in the Complaint against Defendants Carol Aichele, Terence Farrell, Kathi Cozzone, James Forsythe and Chester County.

Respectfully submitted,

_____
PHILLIP E. WILSON, JR. (Atty I.D. No. 78917)
phillip.wilson@dlapiper.com
JOHN E. McKEEVER (Atty I.D. No. 16072)
john.mckeever@dlapiper.com
NICOLE EDWARDS (Atty I.D. No. 208991)
nicole.edwards@dlapiper.com
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA  19103
215-656-3300

MARIAN K. SCHNEIDER
Law Office of Marian K. Schneider
Attorney I.D. No. 50337
295 E. Swedesford Road, #348

                                        Wayne, PA  19087
                                        610-644-1925
                                        marianesq@mac.com

MICHAEL CHURCHILL
Attorney I.D. No. 4661
Public Interest Law Center of Philadelphia
1709 Benjamin Franklin Parkway, 2nd Floor
Philadelphia, PA  19103
215-627-7100, ext. 228
mchurchill@pilcop.org

MARY CATHERINE ROPER
American Civil Liberties Union of Pennsylvania
Attorney I.D. No. 71107
P.O. Box 40008
Philadelphia, PA  19106
215-592-1513, ext. 116
MRoper@aclupa.org

BRYAN SELLS
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, NW, Suite 1440
Atlanta, GA  30303
404-523-2721
bsells@aclu.org

Dated:  April 21, 2010

## CERTIFICATE OF SERVICE

I, Phillip E. Wilson, Jr., hereby certify that on this 21st day of April, 2010, the foregoing Notice of Voluntary Dismissal of Defendants Aichele, Farrell, and Forysthe was filed electronically and is available for viewing and downloading from the ECF system.

_____
Phillip E. Wilson, Jr.