IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLDEN ENGLISH, et al. | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| CHESTER COUNTY, et al. | : | |
| | : | NO. 10-244 |

O R D E R

**AND NOW, TO WIT:** This 22nd day of April, 2010, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**IT IS FURTHER ORDERED** this court shall retain jurisdiction to resolve issues arising under the settlement agreement, including, but not limited to, enforcement of the settlement agreement.  See Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994)

**MICHAEL E. KUNZ**, Clerk of Court

BY: S/Eileen Adler
 Eileen Adler
 Deputy Clerk

Civ 2 (8/2000)
41(b).frm